FILED
DEC 13 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

**THE UNITED STATES DISTRICT COURT**
**for the EASTERN DISTRICT of NORTH CAROLINA**

TIMOTHY OMAR HANKINS SR.

7:24 cv 1112
Case No.

VS..

WELLS FARGO BANK
THE STATE of NORTH CAROLINA
ROY A COOPER III
WAKE COUNTY
THE TOWN OF GARNER
THE CITY OF RALEIGH
THE NC STATE BAR ASSOCIATION
WAKE MEDICAL HOSPITAL
MICHAEL J DENNING
JOHN BRIAN RATLEDGE
LEIGTH STALLING
Nancy LORRIN FREEMAN
PAMELA REESE
WHOLES FOOD MARKET
WELLS FARGO BANK
BANK OF AMERICA
TRUIST BANK ( formally SUNTRUST BANK)
United Community Bank ( formally Four Oaks Bank)

- PERSONAL ATTORNEY'S AS LISTED DEFENDANTS

DAVID R SHEARON
ZURICH INSURANCE
JAMER R LEVINSON
CHAD EVERETT AXFORD
JENNIFER R SMITH
KATHLEEN MURPHY
MARY JEAN GURGANUS
JOHN M OLIVER
WILLIAM BREWER JR
JOHN FRANKLIN McGRAW
CHRISTOPHER MANN
STACEY CARLESS
C. MELODY DAVALOS

**JURY DEMAND** 42 USC § 1983
CONSPIRACY AGAINST RIGHTS,18 USC § 241
DEPRIVATION OF RIGHTS , 18 USC § 242
ABUSE OF THE LAW , 18 USC § 1589

# The UNITED STATE DISTRICT COURT
# for the EASTERN DISTRICT of NORTH CAROLINA

CASE NO. ____________________

TIMOTHY HANKINS

V.

WELL FARGO BANK

**ATTACHMENT** for additional
DEFENDANTS AND ATTORNEYS OF
DEFENDANTS
INCLUDING ADDRESSES

---

All information in this document was obtained for the NC State Bar Registry.
OFFICIAL AND PERSONAL CAPACITY herein and after " **O&PC**"

1. Wells Fargo Bank ,
   Mark k Metz Wells Fargo Law Department , 401 S tryon St 32nd Floor
   D10500320 Charlotte NC 28202
2. United Community Bank
   Melinda Davis -Lux 400 Pimilico Road, Greenville SC 29607
3. THE STATE OF NORTH CAROLINA
   ROY A. COOPER III ( Governor for the State of NC ) 200 N. Blount St., Raleigh 27601
   JOSHUA STEIN ( attorney General for the State ) 305 W. Park Drive, RALEIGH, 27605
4. WAKE COUNTY
   Scott W. Warren ( attorney for Wake County ) PO Box 550; Suite 4900 Wake County
   Justice Center , 27602
5. THE TOWN OF GARNER
   Terri Jones ( town attorney ) 900 7th Ave. Garner 28527
6. THE CITY OF RALEIGH
   Karen Musgrave Mcdonald ( attorney for the city of Raleigh) PO BOX 506
   Raleigh NC 27602
7. THE NC STATE BAR ASSOCIATION
   Kimberly H. Stogner ( president of the NC Bar Association) Womble Bond Dickinson LLP
   One West Fourth St, 12th Floor
   Winston Salem NC 27101

8. JENNIFER PORTER O&PC NC State Bar , PO Box 25908, Raleigh NC 27611
9. WAKE MEDICAL HOSPITAL
   Allyson Jones Labban ( Wake Medical Office of Legal Affairs )
   3000 New Bern Ave 27610
10. MICHAEL J DENNING ( O&PC) 4601 Six Fork Rd #400, Raleigh NC 27609
11. JOHN BRIAN RATLEDGE (O&PC) PO BOX 351 , RALEIGH NC, 27602
12. LEIGTH STALLING ( O&PC) 246 WEST AVE, STE 201, Saratoga Springs NY, 12866
13. PAMELA REESE (case manager, Family Court Wake Co. ) O&PC address unknown
14. WHOLES FOOD MARKET
    Heather Stern ( legal affairs & General Counsel ) 550 Bowie st , Austin TX 78703
    OWNED BY : AMAZON AND JEFF BAZOS
    VICE PRESIDENT & CHIEF COUNSEL : DAVID A. ZAPOLSKY
    @ AMAZON.COM, 2021 7TH AVENUE, SEATTLE WA, 98121 (206) 953-1068
15. BANK OF AMERICA
    Phillip A. Wertz , Bank of America NC 1-028-29-04, Charlotte NC 28255
16. TRUIST FINANCIAL CORPORATION ( formally SUNTRUST BANK)
    SCOTT STENGEL 214 North Tryon St, Charlotte NC 28202
17. DAVID R SHEARON
18. JAMER R LEVINSON PO Box 117 , Benson NC 27504
19. CHAD EVERETT AXFORD PO Box 23, Raleigh NC 27602
20. JENNIFER R SMITH 9051 Strickland Rd # 121, Raleigh NC 27615
21. KATHLEEN MURPHY 109 N Boylan Avenue , Raleigh NC 27603
22. MARY JEAN GURGANUS 109 N Boylan Avenue, Raleigh NC 27603
23. JOHN M OLIVER PO Box 10349, Raleigh NC 27605
24. WILLIAM BREWER JR 712 N Bloodworth St, Raleigh NC 27604
25. JOHN FRANKLIN McGRAW 1025 Dresser Court , Raleigh NC 27609
26. CHRISTOPHER MANN 3710 University Drive suite 140 Durham NC 27707
27. STACEY CARLESS 13200 Strickland Rd , Ste 114-301, Raleigh NC 27613
28. Nicholas Conan Brown 2600 Eagan Woods Drive, suite 400 , Saint Paul MN 55121
29. C. MELODY DAVALOS 5 WEST HARGETT ST SUITE 200 , RALEIGH NC 27601

---

The petitioner moves the Honorable Court in good faith seeking financial compensation after realizing that no person in the government of both State and Federal will ever afford me and my children protection pursuant to their oath to uphold and defend the US Constitution on rights protected by the Civil Right Act. The plaintiff firmly feels that the only way to bring closure to two decades of continual abuse of the law es.al. is for a Federal Jury to hear the matter considering the actions of the State, the lack thereof and Federally Protected Rights. The UNITED STATES DISTRICT COURT in the EASTERN DISTRICT OF NORTH CAROLINA has **jurisdiction** to hear the matter pursuant to the following :

- 28 USC §1331, ( CONSTITUTIONAL VIOLATIONS AND QUESTIONS)
- 28 USC § 1332, ( AMOUNT IN CONTROVERSY & COST )
- 28 USC § 1343, ( damages for injury because of the deprivation of any right or privilege of a citizen of the United States) ,
- 28 USC § 1348 ( complaints against any national banking association)
- Violations of any provision of Chapter 77 of the US Criminal Code
- 21 USC § 848, it is my firm belief that David R Shearon Sardia Marie Hankins over 2 decades operated a criminal enterprise in collaboration and conspiring with the other defendants. This will include but not limit to the $400,000 fraudulent mortgage on my home @ 1009 Fieldgrass Place recorded Nov 6th, 2003 to the fraudulent deed to convey 610 Martin St recorded Dec 15th, 2017 and all the houses and millions of dollars stolen in between from my companies.
- 18 USC § 1961(5) , the RICO ACT, 10 years after the last offense , the collaboration and conspiracy , the last offence was about 2021.

1. The **statute of limitation** is 10 years from the last offence as stated pursuant to 18 USC § 1595. The defendants knew that no lawyer would ever provide legal assistance in recovering any of the money unlawfully obtained , embezzled, unconstitutionally seized or coerced out of the plaintiff.
   a. There is no Federal Statute of limitation on unconstitutional acts and or unlawful seizures. If the State of NC can effectively impose a 3 year statute of limitation for the US Courts to apply, all the Court officer has to do is continue abusing the law until such time the statute of limitation expires. That is exactly what David R Shearon did after engaging in mortgage fraud of $400,000 on November 6th, 2003 to his , $406,000 mortgage on January 2005 and his final $466,500 mortgage in May 2005 on my home, he just continued his abuse and assault and procured others to participate that lead up to a fraudulent deed being recorded on or about December 15th, 2017 .
2. If the Court deem any portion of this complaint to be dismissed , the petitioner pray that the Court allow the petitioner to bring the other matters and defendants to trial before a Federal Jury
   a. Some of the defendants ( Corporate entities ) are now owned by new entities. The petitioner move on the firm belief that the new owners accept the benefits and liabilities of the company they purchased / acquired . This would included Truist Bank formerly Suntrust bank and BB& T Bank.
3. It took the petitioner more than two decades to realize that the State of North Carolina including the named Counties and Cities does not afford black men

and children protection guaranteed by the United States Constitution, the Civil Rights Act of 1964 hereinafter " **Federally Protected Rights** " and the North Carolina Constitution for the bias-motivated violence that me and my children were subjected to by court officers es.al being Black and a male with money . It has been a continual extended collaboration by the defendants to deprive the petitioner of **Federally Protected Rights** causing irritable physiological , mental and financial injury as defined in 18 USC 1589(c)

My ex -wife, Sardia Marie Porter Hankins knew this within a few months of her arrival / migration from Jamaica to the United States that occurred on or about October 2, 2002. SUSPENDED Attorney David R Shearon insured by Zurich Insurance who assisted me in helping her get her Visa to come here. Immediately upon her arrival Shearon explained to her that she could do anything she wanted to me, my company, the children, my homes and would not face any criminal charges. With that bit of information, they conspired and he aided her in opening Bank accounts on my companies to embezzle millions. Information obtained showed that Truist Bank, formally **SUNTRUST BANK** allowed Mrs Sardia Marie Porter Hankins to open an account on my company when she was not an officer nor authorized to do so. The accounts were opened about April 2003 and closed about June 2012 after millions illegally went through those accounts. Mrs Hankins swore under oath that the accounts did not exist and she had no knowledge of them. I issued subpoenas and obtained the banking records to show she perjured herself. Mrs Hankins started poisoning

me, her then husband , Timothy Omar Hakins Sr. and later started poisoning the children just to sickness , confusion and control.

**Zurich Insurance company** saved a lot of money by failing to make right the injury that David R Shearon caused. Some of Shearon's felonious action / activity is in the Bar's records. Pursuant to 18 USC 1595 and the provisions of Chapter 96, Zurich Insurance made money from the abuse of the law and is liable for the damages. There was a claim filed. Zurich insisted that I find a lawyer to assist me knowing that the State of NC, the State Bar and the State Judiciary including the District Attorney Nancy Lorrin Freeman would never assist a Black man under the color of State Law in recovering money stolen by Lawyers. Zurich knew this and capitalized on it.

**Wake Medical Hospital** was made aware of what Mrs Hankins was intentionally making my children sick , but they made a lot of money through Medicaid and or Medicare treating the children and failed to report it

a. State Judge Michale J Denning in reckless disregard for the facts as detailed in 18 USC § 1589 recognized that she was intentionally putting the children in the hospital and scolded her for it across the Bench. Denning's appetite for corruption , ill gotten financial gains overwhelmed his judgment , his oath of office and duties as a State Judge. Denning failed to provide any protection even for the children and allowed her to continue to have access to the children to get to the point to enter an

order to unlawfully seize the $346,000 and other property . The money was obtained through bank fraud by Attorney James R Levinson , John Franklin McGraw and Christopher Mann es.al. had feloniously obtained using 610 Martin St. John McGraw recorded a purported deed thinking that they were going to be able to force / coerce me by threats to sign the documents they needed. I wasn't going to do it , they tried.

b. In Denning's Court Order, he acknowledged the agreement signed and recorded in the wake County Register of deeds by Mr and Mrs Hankins waiving her right to distribution, a right protected in 42 USC § 1981 (contractual relationship ). Denning went on to attempt to award Mrs Hankins inherited property that at the time of the entry of the State Court Order, the property was owned and occupied by my Uncle and Aunt, James and Ollie Hickman.

c. Judge Green , ( may she rest in peace ) , was adamant that I wasn't to receive relief from the State of NC by way of a Domestic Violence Protection petition. Judge Green flat out refused to hear the allegations alleged in the petition for relief. ( Wake County Family Court)

d. I filed a petition each time Mrs Hankins injured the children and caused a hospital visit. Each petition was dismissed and Mrs Hankins became more and more confident in her abusive action that she would not ever face charges.

e. When the State Judges are not going to do right by the law and their oath, there is no way they can encourage the lawyers to do so or anyone below them.

4. The petitioner moves on the premises that any property not used for the purpose intended due to felonious activity should be considered an injury to property. The results of the deprivation of rights lead to the loss of valuable property to include but not limited to the following:

   a. My 5300 sq ft home that I saved for in the 90's , designed and built and paid for in full by 2002. This house was built by the defendant to raise my children in, for the enjoyment and security of my family. The home is located at 1009 Fieldgrass Place in Raleigh NC with a current valued at about $750,000. The home was lost to illegal activity of mortgage fraud by Attorney David R Shearon , loan officer Richard Cohan , Bank of America and other financial institutions who facilitated such felonious activity. The first of three fraudulent loans on my home was done about November 6th, 2003 in the amount of $400,000. The transaction was recorded in the Wake County Register do Deeds. They collected documents and signatures from a previous mortgage done in April 2003 to execute their fraudulent loan 7 months later. Wake County , the NC State Bar and the City of Raleigh under the color and gender of Law failed to provide any protection or action to prevent any further felonious activity and it continued until 2020. On or about December 15th , 2017 a fraudulent

deed was recorded into the Wake County Register of Deeds to convey the last of about 10 properties stolen and or injured. The last property conveyed is located at 610 Martin ST, Raleigh NC, just a few blocks from the Federal CourtHouse and the U.S Attorney's Office. The property located at 610 Martin St sold again about October 3, 2023 in the amount of $650,000.

b. **The children**, my children : that house at Martin St was intended to be held to provide the young adult children a place to stay when they attended North Carolina State University. I , the petitioner and their father had enrolled all my children in Summer programs at NCSU from 2010 until 2018 . The petitioner was deeply involved with my children's education until such time I was threatened by State Judge Michael J Denning , John Brian Ratledge and their NC State Bar associates / members with incarceration if I did not agree to relinquish many properties. I put my children in precollege from 2010 until 2018. Mrs Hankins having access to the children, wanted me to pay her to allow the children to continue their extracurricular activities including their precollege. When I brought that to the attention of John Biran Ratledge ON 02/13/2020, all he had to say was " DO NOT SIGN THEM UP FOR PRECOLLEGE ON HER VISITATION TIME".

   I. They feloniously refinanced that $400k loan in January 2005 and again in May 2005 up to $466,500 on the Fieldgrass Place property. The fraudulent $466,500 mortgage was with a 8.5 APR .

When I borrowed the $326,000 on my home in April 2003, Shearon gave me the check in my name of $322,000. I deposited it into the business account and moved on to do business. Shearon gave Mrs Hankins a copy of a check but added her name to it. With that, Shearon had convinced her that it was ok for me to sign her name thus making it ok for her to sign my name on other checks. I can prove this 100% . The Attorneys constantly procured Mrs Hankins to perjure herself and engage in other felonious activity assuring her not criminal charges against her.

II. I don't think about and or realize how dangerous it was for a black man to have substantial equity in a property in a State and or County where **Federally Protected Rights** are deemed invalid and or suppressed . This statement is supported by the Court Orders entered by the State of NC notwithstanding the 14th Amendment section one. This statement is further supported by the words of the state judges including but not limited to Judge Lori Gains , Michale J Denning and John Brian **Ratledge** who clearly stated across the Bench that this State does not afford nor recognize US Constitutional Law and the Civil Right Act of 1964 to black men. The State of NC allowing the District Court es.al. to move excluding, nullifying , voiding **Federally Protected Rights** is a perversion of Jurisprudence.

a. John Brian Ratledge threatened me across the Bench like something out of a movie from back in the 50' or 60'. If his intent was to rattle my nerves with threats, he did just that, but I was not signing over property nor paying Mrs Hankins one dime after stealing my homes and destroying my companies and reputation as a builder with the help of State Court Officers.

b. I asked the matter before the family court to be determine by a jury in an oral motion before Michale J Denning, motion was denied

c. After inquiring about the matter , I was told to put my motion in writing and file it before court and serve the Plaintiff ( Mrs Hankins) , I did and the motion was denied by John Brian Ratledge. At that hearing , Ratledge stated the State Court only consider NC law and not

III. They managed to unlawfully obtain 110% of the equity out of my home on a mortgage with a 8.5 % APR. interest rate . That is very bad, illegally obtained and discriminatory of the Banking industry. If I am not mistaken, the house foreclosed on the $466,500 loan.

IV. The only way me and my children could continue to live in my house was to make a $5000 Plus payment per month for the next 30 years beginning about 2007.

V. That is slavery in the 21st Century. I would have had to work for 30 years to pay for something that I once owned free and clear of encumbrances. This would have been impossible due to the felonious actions by the defendants including but not limited to **Whole foods Market** ( Jason Buechel CEO)

c. Homes and equity in the following developed properties from the petitioners companies were injured / stolen:

I. two new houses built in Clayton NC,

II. two new houses built in Apex NC ,

III. one new house built in Garner NC and

IV. one piece of commercial property in Garner NC. subjected to foreclosure after Attorney David R Shearon conspired to steal it by withholding funds from the seller after the closing process.

V. Inherited property located at 769 Gallow Rd in Bolivia NC. A second property located at 2624 New Barry Lane Bolivia NC subjected to mortgage fraud and foreclosed.

d. My Companies:

1. Omar Construction Inc
2. Hankins Construction Inc
3. Hankins Construction Inc doing business as Sardia Enterprise LLC
4. Omar Construction and trucking LLC
5. Sardia Enterprises LLC

6. The contractors license used to develop real estate from about 1996 until 2006 was license number 41517 with the NC License Board for General Contractors. The defendants put the companies in deep debt stealing those proceeds.
7. The company had elevated to building up to 3 houses at once without having to seek financial assistance for any banks to have it all stolen including but not limited to the equity out of the two homes that I owned free and clear before Mrs Hankins stepped foot on US soil.
8. In the State's discriminatory actions, the State officials, Court Officers and Banks move on the purported promises that the wife upon marriage has 100% right to their new husband's assets to do as she pleases, that include and assets within his companies.

e. Said felonious activity destroyed my name and reputation as a Licensed general Contractor causing injury as detailed in 18 USC 1589(c) . They stole millions over two decades not allowing me to pay the very people that did the work in my company building houses. Many construction projects , they stole 100% of the proceeds. In stealing100% of the proceeds from construction projects , that caused me to have to sell off other things in the company to pay a small portion of the money owed to workers , sub-contractors and or family members.

5. **Whole Foods Market** : Whole Foods Market ( WFM) allowed someone to work in my name from about 2007 until about April 2016. After receiving numerous

letters from the IRS ( 2008-2011) about not paying enough taxes, I was put on a payment plan to repay back taxes. This went on for so many years until one day I received a notice from the IRS that clearly stated the income was being made at WFM. WFM was made aware on or about January 18th, 2012 that the person they had working was not Timothy Omar Hankins Sr by a Federal Agent. I got fed up with the inaction of the local IRS Office in Wake County in preventing someone from working in my name. I went to the IRS Office in Washington DC and spoke to someone in the Investigative / Criminal Division . The investigator notified the Human Resources Division of WFM in Austin Texas of what was going on. The guy using my name went on to work from January 18th, 2012 until about April 2016 where I finally had him arrested and deported while working at WHM in Ohio in my name. After finally reporting it to WFM in 2012, the guy never missed an hour of work. They just transferred him from Montgomery County Maryland to Ohio.

a. It is my firm belief that Whole Foods Market benefited from the abuse of the law that I have been subjected to by Wake County (et.al.) as stated in 18 USC §1595 and are liable for damages.
b. It is my firm belief that WFM contributed to the harm to my name and reputation as a businessman by allowing someone to work in my name and continue to work after they were notified by the IRS in 2012.
c. In the facilitation / aiding and aiding and abetting / accomplice liability, the person received many traffic tickets in my name throughout the nation that caused my commercial driver's license to be suspended

d. It is my firm belief that WFM facilitated the person using my name in opening and maintaining bank accounts in my name leaving the accounts with a negative balance.

6. The **Town of Garner** in collaboration : the petitioner owned commercial property located at 411 Loop Rd in Garner. The property was rented to an individual to operate his business. The renter failed to pay his rent in December 2011 and January 2012. He was engaging in illegal activity on the property. The petitioner called the Garner PD before taking any actions against the renter . Garner PD advised the petitioner to remove the renter's equipment, tow it. On that call for service, the petitioner requested a police report as proof that I had contacted the jurisdictional authorities before entering the property. The officer agreed to provide a report of the encounter . The petitioner also contacted NC License and Theft about the equipment before towing it. After towing the equipment , It was later learned that the equipment was stolen. To be perfectly clear, it was the petitioner that continued to investigate the status of the equipment. Eventually, the petitioner contacted the Sheriff Department in Brunswick County where the equipment was stored. The Sheriff Department requested the defendant to take down the vin numbers and bring them in for further investigation. I did so. It was then we learned the equipment was stolen. Brunswick County picked the equipment up and returned it to its rightful owner. Move ahead about 3 months, the defendant was back in Garner and had guns pulled on me by the Garner PD based on a warrant of possession of stolen property. I was arrested , detained for days and later transferred back to

Brunswick County. The charges were later dismissed , rightfully so being that I had taken so many steps to uncover the origin and status of the equipment.

a. The renter, a white man, was paid by his insurance company under a false claim that his equipment was stolen by the petitioner when it was only towed off the property

b. The arrest was posted on the News further causing injury to my reputation claiming that I was involved in an equipment theft ring. It is my firm belief that this was all a part of NC's objective of naturalizing and destroying the name and reputation of a black businessman in the construction community building residential homes.

c. The injury doesn't stop there. The bond for the arrest , as I can remember, was $150,000 in which I put up my house. After the charges were dismissed, the bond should have been satisfied . In 2023, the petitioner, after being threatened by Wake County officials, decided to sell my home at 4729 G St. Garner It was then that I learned that Brunswick County had a $40,000 outstanding bond on my home from that 2012 arrest. I was in Japan when I learned of it. I reached out to several attorney's to try to resolve the matter. To no avail on getting an attorney to help, I had to buy a flight ticket for about $2900 one way and return from Japan early to try to resolve the matter myself or pay Brunswick County that $40,000 which would have been deducted from the proceeds. I met with the Clerk of Superior Court in Brunswick County and requested a Certificate of Satisfaction and was initially denied. After telling the Clerk that I would file

a petition the next day in Superior Court , she finally gave me the Certificate of Satisfaction.

d. Due to the **Town of Garner's** failure to properly investigate the matter on the initial call back in January, 2012, that did permanent damage to my life and the lives of my children and other family.

7. MICHALE J DENNING , his Court Orders explains it all. This would be in collaboration and or conspiracy to deprive me and my children of **Federally Protected Rights** for financial gain with the following Court Officers

a. John M Oliver who also intentionally obstructed an Injunction Order that prevented me from working and proceeded to have me help in content for violating an order that I never saw. John M Oliver actually filed a motion for contempt of court on his obstructed court order. At the hearing , Oliver told the court he would testify on my behalf. Corruption and greed got the best of him.

b. Pamela Reese, the case manager : we appeared in Court and the file could not be found. The file contained a motion that I had filed. Mrs Reese would not allow me to file motions in an effort to obstruct Court procedures.

c. Leight Stalling, the family Court Administrative, participated in representing Mrs Hankins. Mrs Stalling's action deprived me of the due process of the law that led to the unlawful conveyance of 610 Martin St, bank fraud to obtain the $346,000 for Martin St. Mrs Stalling apologize for what she was told to do.

d. Kathleen Murphy was paid $22,500 and only met with me to get paid. Mr Murphy never met with the plaintiff herein to discuss the matter before the State Court. I stopped by Mrs Murphy's Office trying to get an appointment and was cured out by Mrs Murphy for stopping by without an appointment. The lawyers were stressed in trying to steal property procured and pressured by others to participate.

e. Mary Jean Gurganus , about June 2014 Mrs Gurganus was paid in full of $4500 plus the initial $300 for the consultation fee to represent me and the children . This after their mother caused intentional injury to the children and I was granted temporary custody until the return hearing. At the hearing Mrs Gurganus lied and stated the Court continued the matter and asked if it was OK for their mother to see the children on the weekend. I agreed. Mrs Gurganus conspired with Stacy Carless and they scratched together an agreement that ended up being the temporary custody agreement until Mrs Hanknis was granted full custody in 2021. Mrs Gurganus after conspiring with Carless refused to continue on the case

   I. The child abuse continued with many hospital visits due to their mothers abuse

   II. I filed a complaint with the NC State Bar about Mrs Gurganus being paid in full and failing to represent me and the children in court. Jill Jackson, appointed by the State ( 10th Judicial Committee and or the Bar itself ) investigated the matter. Mr Jackson called and stated that Mrs Gurganus quit the case for none payment. I asked

Mr Jackson, how much was Mrs Gurgansu expecting. Mrs Jackson called back a few days later and stated that Mrs Gurganus asked for $4500 and only received $3500. I forward Mrs Jackson the receipts showing that I had paid Gurgansu the $4500 she requested and the $300 initial consultation fee. I never heard back from Mrs Jackson.

f. Stacy Carless represented me in a matter in early 2014 and represented Mrs Hankins starting in June 2014 against me. I filed a complaint with the NC State Bar. Carless told the Bar that she was not going to represent Mrs Hankins against me but was only there as support. In January 2015 , Mrs Carless appeared representing Mrs Hankins. The paperwork showed that attorney Kathy Blackburn appeared in Court but the Certified Transcript clearly shows that Mr Carless represented Mrs Hankins in Court when she had already told the Bar she was not going to do that.

I. With Carless, there is a matter conspiracy against **Federally Protected Rights** as she conspired with Gurganus to obtain the temporary custody order

II. Careless again conspired with Kathy Blackburn using her name on the documents that purport that Mrs Blackburn was present doing the custody hearing .

III. It is my firm belief that Mrs Carless violated her oath, violated the Rules of Professional Conduct established by the NC State Bar and

violated the provisions of Chapter 73 of the US Codes, "

OBSTRUCTION OF JUSTICE , ENDEAVOR TO INFLUENCE.

IV. They took my children as if I do not have rights depriving me and my children of **Federally Protected Rights**

V. Carless and Gurganus' actions set the stage for everything that happened afterwards. Like a pack of wild dogs or lions hunting, they were feeding off each other corrupt energy.

VI. Taking my homes and threatening me with jail, my children wer subjected to an unstable environment that led to the rape of my oldest daughter be several different people.

g. James R Levinson, sent a letter to the State Court explaining that David R Shearon had withheld funds for the proceeds from the closing of 610 Martin St. Levinson that occurred in 2003. Levinson was hired in 2007 to provide legal assistance in that matter. Levinson assured me that no one would steal the property. After the divorce was adjudicated , completed, and recorded in 2015 by Jennifer R Smith, with the assurance from Levinson, we proceeded to remodel 610 Martin Street in order to start the construction of new homes again as we were doing before I was married and before millions were stolen and in the90's.

I. On or about December 15th, 2017, Levinson conspired with Cristopher Mann, John Franklin McGraw , Michale J Denning and Wells Fargo Bank to sell 610 Martin St for $346,000

II. Levinson purported to provide them with some parts of the documents to convey the house into the name of CATHLEEN CONEGEN

III. When speaking to Levinson afterwards , he stated that if I did not agree to give them the properties, I was going to jail. He said it as a matter of fact.

IV. Levinson was to be paid $70,000 plus from the proceeds from the sale of 610 Martin st to satisfy a prosomary note held on 1317 West Garner Rd, Garner NC.

V. Levinson violated federal and state Law , conspired with others to steal that $346,000 from Wells Fargo Bank that caused me not to be able to pay the promissory note, Levinson moved to foreclose on 1317 West Garner Rd. Levinson stole the money then sued me for not meeting the agreement of the promissory note and won.

VI. I could not attend the hearings after being threatened by John Brian Ratledge . Levinson himself told me I was going to jail or prison if I did not agree to their terms, which was , give up 610 Martin St and my family's property in Brunswick County. One of the problems we all faced was, the property in Brunswick County was not mine to give away, it belonged to my Uncle and Aunt at the time the order was entered for me to sign it over.

VII. I actually thought I was going to be killed over land and property. I could not live in Wake County being threatened by Court officers

and they wanted to take the only other place I could live which was the property that my grandparents purchased in 1962 located at 60 Randolphville Rd in Bolivia NC.

VIII. To me , it looked like my now ex wife was successful and sold me , my children ( she didn't want them) , my home at 1009 Fieldgrass Place Raleigh, my companies and my inheritance to a bunch of white men. Mrs Hankins was paid well. I say this because the Law as it read did not support what they did. Mrs Hankins made enough money in their two decade collaboration and conspiracy of abuse of the law and violating the RICO Act that she was able to build her family a nice home in Jamaica and help them get visas to the United states. We are in 2024, and her family is living in Raleigh with my children from the money she stole. Mrs Hankins sister (Kanan Porter) worked at the Bank in Jamaica and received the wire transfers and is now living in Raleigh , working at a Bank.

IX. The corruption , threats , abuse of the law , the violation of the RICO Act, the District Attorney of Wake County , Nancy L. Freeman refused to provide protection. The NC State Bar also refused to take action and or to get involved with the illegal activity by Mrs Hankns and the court officers **depriving me and my children of life , liberty and the pursuit of happiness** as guaranteed in the Fourteenth Amendment. I felt that the court officers would have to do something to cover up their felonious

activity. I was afraid for myself, my children and I soon became afraid they would fatally injure Mrs Hankins and blame and or set me up for it. I left Raleigh and Wake County permanently leaving my children behind and a lot of personal items. They lied about everything else and we're desperate. I felt that I had no choice but to distance myself from Mrs Hankins and the children for everyone's safety. Mrs Hankins had no problem in harming the children and the Court officer es.al. had no problem in harming me.

h. Jennifer R Smith , forged my name on court orders entered about late 2015. This was one of the hardest things that I had to deal with, knowing that my attorney would and could forge my name on court orders.

i. Chad Everett Axford , of Levinson and Axford conspired with John M Olver es.al that resulted in the purported conveyance of 610 Martin St and the theft of the $346,000. Mr Axford was at the hearing when Mr Oliver was trying to have me locked up about June 2016 on his obstructed court order. Mr Axfrod , representing me and Mr Oliver representing Mrs Hankins at the injunction hearing held in 2015. I have the transcript . Oliver only asked that I provide him with financial information for the company, I had no problem with that. That State Court Order that was entered in 2016 from the 2015 hearing did not reflect anything the Judge said. Mr Axfrod started after Oliver entered his Order " if you do not settle with them, they are going to take everything you own and put you in jail. I could not comprehend what he was saying being that Mrs Hankins and I

had an agreement that she waived her rights to distribution. That would be about March 2016. I knew I had not violated lawful order, so I did not comply. Axford was saying what he said because he knew that Oliver had obstructed that Court Order and had intended to take it before another Judge and argue that I had contempt of court. That is exactly what they did about June 14th, 2016. At that time, I had not seen the obstructed court order.

- Mr Axfrod, Mrs Murphy, Mrs Smith were my attorneys. Reckless disregard for the facts , they refused to get Mrs Hankins financial information . I had to issue subpoenas myself. I obtained enough of the information to prove they were all conspiring using the family court .
- Bank of America refused to comply with the state issued subpoena to provide the information. In their actions to obscure Mrs Hankins financial abuse , Bank of America contributed to the endeavor to deprive me and my children of **Federally Protected Rights**. Bank of America Made substantial money for their contributing factors. Pursuant to 18 USC 1595, Bank of America is liable for damages.

I. By June 2016, Jennifer Smith had forged my name on Court orders

II. By June 2016, John M Oliver and Chad Everett Axfrod had obstructed an Injunction Court Order seizing my companies or preventing them from operating.

III. By June 2016 , Carless and Gurganus through coercion and lying had entered a Court order and taken my children knowing that Mrs Hankins was abusing them.

j. Attorney William Brewer Jr appeared in the Bankruptcy Court and presented the Court with the forged deed that conveyed 610 Martin St. Mr Brewer did it in a very slick way . Mr Brewer shows it to the court without entering it into the records. He is a lawyer and knew that was not permitted or was an act of OBSTRUCTION of JUSTICE to prejudice the Court against the Debtor. His efforts worked.

k. Brewer and Nicholas C Brown conspired against my rights. Mr Brown threatened injury to me, my children and my family on December 13th, 2018 if I did not comply with their demands. I filed a petition on December 18th 2018 outlining what Mr Brown did. They can steal property with mortgage fraud, fraudulent court order, fraud on the courts and forge / copy and paste my signature es.al. on documents but they can not clearly threaten me into signing anything. One other thing that lawyers will do is use signatures other than the intended purpose . Their clients think they are buying a property or doing some other business when the lawyer is moving with the intent to steal a signature to steal their home or other valuable property. The State of NC allows this when it is Black men being injured. Jennifer Porter with the NC State Bar discussed this

8. United Community Bank , formally FOUR OAKS BANK allowed Mrs Hankins to open accounts in my company when she was not an officer authorized to do so. I have the financial information that shows that Mrs Hankins moved more than $600,000 through those accounts. The United Community is liable for damages just as Bank of America is.
9. The petitioner firmly believes that the only way this matter could ever be resolved / settled would only happen if the US Court grants the petitioner request to convene a Federal Jury to hear the matter.
10. Attorney C. Melody Davalos sent me a petition about November 2019. I responded and filed it. I sent her a copy . I Had her serve certified mail with a return receipt or equivalent . She appeared and falsely claimed that the only thing in the envelope was the notice of the hearing but not the response itself. That lie was enough for John Brian Ratledge to invalidate the response . On that day of January 13th, 2020, John Brian Ratledge threatened me about two things. He threatened me about what I might testify to at the hearing at NC Department of Justice on 02/17/2020 and that I better make Mrs Hankins a deal to close the deal where they stole 610 Martin St and entered the order awarding her my family's property . Just like I did with Nicholas C Brown, I filed a petition with the NC Industrial Commission that hears tort claims against the State. I also filed a complaint with the NCDOJ that I was threatened not to testify . I never heard back from the NCDOJ about scheduling another hearing. Under the extreme color of State Law, John Brian Ratledge entered an order banning me from seeing my children, the same children Mrs Hankins was hospitalizing just a few

years earlier. John M Oliver and Chad Everett Axford obstructed a court order to prevent this family from continuing  building houses.  There was an order that awarded Mrs Hankins 100% of the company she was embezzling money from entered  by Michae J Denning. Michael J Denning entered an order awarding Mrs Hankin property that did not belong to the petitioner.  I have had to deal with 4 foreclosures due to the mortgage fraud es.al  and deprivation of **Federally Protected Rights.** They, State Court officers  will steal money from Black men , procure citizens to do so also, then have them penalized in State  Court when they have not made more money fast enough.

a. In the end, they work collectively to violate the provisions of Chapter 73, 77 , 95, 97 and 110A es.al.  of the US Codes and  with impunity granted by Joshua Stein and Roy Cooper. The actions outlined in this complaint are so common in the State of North Carolina, it does not bother anyone but the victims . I, the petitioner, firmly believe their action constitutes a hate crime simply because we are black men.

11. I hired Attorney Cilfton Gray ( suspended), Stepanie Robinson ( # 40033 ), Stephanie Jackson (#34014) , Calvin Craig (#35229)  and Geoffrey Simmons ( #8026 disbarred ), all black attorneys that I hired  who seem to be afraid to get involved. I can not blame them. I know how corrupt the Wake County Judiciary is.  Basically they are operating under NC law which includes trafficking , exploiting , oppressing and abusing blacks. It is common practice for this State and many other States to remove the male from the household of black families . In my case, they had to take the homes first as the wife  had no interest  in homes. They belong solely to the father and his family.  The father, the plaintiff, has had 5 houses without

encumbrances , not mortgage for the enjoyment of my children. Now they live in a house where rent is being paid. After the State of NC et.al facilitated the theft of my home, John Brian Ratledge threatened me as if I was going to pay the rent of the rental home. The actions of the State of NC procures and encourage citizens to violate US Law & Federal Statute

12. Governor Roy Cooper, I met with him the week before Thanksgiving week 2018. I gave him a written statement of what was going on. We had a conversation about it. Pursuant to Rule 8.3 of the American Bar Association and the NC State Bar , The Rules of Professional Conduct , he and every defendant (representing attorney) should have notified the appropriate authorities and or the Court that has jurisdiction over the matter, he / they did nothing. After our conversation, Governor Cooper gave me a Turkey for Thanksgiving . NC State Judge Pauline Hankins cooked that Turkey. In one aspect, the white lawyers do not have respect for the family of a Black State Judges.

13. The plaintiff reiterates my previous statement, if the State Judges and Court officers do not adhere to , acknowledge and or recognize the United States Law , the United States Constitution, then can we expect any other part of the Judiciary to follow the law. They did it to my great grandfather Clayton Randolph and his immediate family back in the 1898 insurrection in Wilmington NC. Here we are 100 years later, I am subjected to the same behavior. When will they stop? The State Court Officer can not continue seeking black men with valuable assets using the State Court to steal their property. They seek Black men who are just working , living their lives and trying to raise their children , just like they

are doing. They are constantly putting Black children in the streets, stealing the homes and assets including inherited property from the fathers. From the eyes of a Black man, it looks a lot like white Court Officers are continually engaging in a civil war against black men within the NC Jurisdiction and boundaries which is causing irreparable injury to the black families.

14. I have noticed that without a court order, the defendants will not do anything.

**WHEREFORE** the the petitioner has given only a brief statement of two decade of abuse and pray for the following relief :

1. Order the Clerk of court to mail the defendants the Waiver of Service as soon as possible. They are lawyers, they can obtain a copy of the complaint very easily.
2. Enter and order , ordering the defendants to respond by no later than 60 days from the day this petition is filed
3. In the event that any defendant doesn't answer the complaint , the plaintiff will be seeking a default of $2,000,000 for an individual and $5,000,000 for any defendant that is not an individual if the complaint and or subpoenas are ignored.
4. I would like to present the case for a Federal Jury and allow them to determine the extent of the damages financially
5. Have the US Marshals Service locate & serve David R Shearon . Since he stole all that money, he is living off the radar and no attorney will assist me in locating him. I will pay the court and or the United States any fees and expense.
6. I would like a US Court Order ordering the individual who receives the subpoena from the petitioner to provide the information outlined in the subpoena . The

defendants regularly ignore subpoenas in State Court and Federal Court in the pending case matter.

I. I have subpoenaed the bank records from Wells Fargo Bank related to the plaintiff and they have ignored the subpoena. Case # 7:24-cv-468-BO-BM

II. In the case with WELLS FARGO BANK they have engaged in felonious activity violating the CFR for Banks on more than one occasion within the last 10 years injuring the petitioner. In the subpoena , I was requesting the information in their files related to the conveyance of 610 Martin St. and information on the other issues or account information related to the plaintiff to show that the Government doesn't enforce laws equally

I affirm under the penalty of perjury that all statements herein to be true and correct to the best of my knowledge except those statements meant to be my firm belief and in those, I do believe them to be true.

Timothy Omar Hankins ______________ this the 13th Day of December, 2024

Timothy Omar Hankins Sr.
60 Randolphville Rd NE
Bolivia NC 28422
otimothyhankins@gmail.com
919-337-7262