# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Civil Action No. 7:24-cv-1112

**TIMOTHY HANKINS,**
    Plaintiff,

v.

**WELLS FARGO BANK, JAMES R. LEVINSON, etal.,**
    Defendants.

**DEFENDANT JAMES R. LEVINSON'S MOTION TO DISMISS**

NOW COMES Defendant James R. Levinson, by and through the undersigned counsel and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1, and hereby moves this Court for an Order dismissing Plaintiff's claim or claims against Levinson for failure to state a claim upon which relief can be granted.

Respectfully submitted this 29th day of December 2024.

BY: /s/ Walter A. Schmidlin
Attorney for Levinson
Stewart, Schmidlin, Bullock, & Gourley, PLLC
115 S. Third Street
P.O. Box 120
Smithfield, North Carolina 27577
Telephone: (919) 989-9258
E-mail: Walter@StewartandSchmidlin.com
North Carolina State Bar No.: 26714

CERTIFICATE OF SERVICE

   I hereby certify that on the 29th day of December, 2024 I electronically filed the foregoing with the Clerk of Court using the CM-ECF System that electronically notifies of such filing the following pursuant to Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5.1:

Timothy Hankins
60 Randolphville Rd. NE
Bolivia, NC 28422
hankinsomar@gmail.com

Roger A. Askew
Wake County Attorney's Office
Post Office Box 550
Raleigh, NC 27602
Roger.Askew@Wake.Gov

This the 29th day of December, 2024,

By: /s/ Walter A. Schmidlin, III
Stewart, Schmidlin, Bullock, & Gourley, PLLC
Attorney for Levinson
115 South Third Street
Post Office Drawer 120
Smithfield, North Carolina 27577
Telephone: 919.989.9258
E-mail: Walter@StewartandSchmidlin.com
