IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-1112

| | |
|---|---|
| TIMOTHY HANKINS,<br><br>      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, et al.,<br><br>      Defendants. | **MOTION TO QUASH<br>SUBPOENA DUCES TECUM** |

Defendant WakeMed (incorrectly identified in Plaintiff's pleadings as "Wake Medical Hospital"), through undersigned counsel, hereby respectfully moves this Court, pursuant to Rules 45(d)(3) of the Federal Rules of Civil Procedure, for entry of an order quashing the subpoenas *duces tecum* issued to WakeMed. Plaintiff's subpoenas should be quashed because the time for compliance has already passed, they require disclosure of confidential and protected medical information, are unduly burdensome, and because Plaintiff failed to comply with the procedural requirements under Federal Rule of Civil Procedure 45(a)(4).

Respectfully submitted, this the 31st day of December 2024.

                KAUFMAN & CANOLES, P.C.

By:   */s/ Joseph E. Houchin*
       Joseph E. Houchin
       N.C. State Bar No.: 42915
       4350 Lassiter at North Hills Ave., Ste. 350
       Raleigh, NC 27609
       Tel: 984-222-8104
       Fax: 888-360-9092
       jehouchin@kaufcan.com
       *Attorney for WakeMed*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **MOTION TO QUASH SUBPOENA DUCES TECUM** was filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following counsel of record:

Roger A. Askew
Wake County Attorney's Office
Post Office Box 550
Raleigh, NC 27602
Roger.askew@wake.gov
*Counsel for Wake County*

Walter A. Schmidlin , III
Stewart and Schmidlin, PLLC
P. O. Drawer 120
Smithfield, NC 27577
walter@stewartandschmidlin.com
*Counsel for James R. Levinson*

The undersigned further certifies that the following pro se, non-CM/ECF registered parties have consented to receiving electronic service of all filings and all documents filed in CM/ECF will be served on these parties in compliance with Fed. R. Civ. P. 5 and EDNC Local Rule 5.1:

Timothy O. Hankins, Sr.
60 Randolphville Rd NE
Bolivia, NC 28422
otimothyhankins@gmail.com
*Plaintiff, Pro Se*

This, the 31st day of December 2024

KAUFMAN & CANOLES, P.C.

By: */s/ Joseph E. Houchin*
Joseph E. Houchin
N.C. State Bar No.: 42915
4350 Lassiter at North Hills Ave., Ste. 350
Raleigh, NC 27609
Tel: 984-222-8104
Fax: 888-360-9092
jehouchin@kaufcan.com
*Attorney for WakeMed*