IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:24-cv-1112-M

| | |
|---|---|
| TIMOTHY HANKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZURICH NORTH AMERICA, et al., )<br>)<br>Defendants ) | **DEFENDANT JENNIFER R. SMITH'S<br>MOTION TO DISMISS** |

    Defendant Jennifer R. Smith moves to dismiss Plaintiff's Complaint [D.E. 1] pursuant to Fed. R. Civ. P. 12(b)(6) on the grounds that Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted.

    WHEREFORE, Defendant Jennifer R. Smith respectfully prays the Court that:

1. Plaintiff's Complaint be dismissed with prejudice;

2. The costs of this action be taxed against Plaintiff;

3. Defendant Smith have such other and further relief as the Court may deem just and proper.

    This the 10th day of January, 2025.

    BAILEY & DIXON, LLP

    By: /s/ J.T. Crook
        J.T. Crook (jcrook@bdixon.com)
        N.C. State Bar No. 35232
        Attorneys for Defendant
        Post Office Box 1351
        Raleigh, North Carolina 27602
        Telephone: (919) 828-0731

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant Jennifer R. Smith hereby certifies that a copy of the foregoing was filed this day with the United States District Court for the Eastern District of North Carolina using the CM/ECF system for all registered parties, and also duly served by United States Mail, first-class postage pre-paid, and addressed as follows:

>Timothy Hankins
>60 Randolphville Rd. NE
>Bolivia, NC 28422
>hankinsomar@gmail.com
>*Plaintiff*

This the 10th day of January, 2025.

>BAILEY & DIXON, LLP
>
>By: /s/ J.T. Crook
>J.T. Crook (jcrook@bdixon.com)
>N.C. State Bar No. 35232
>Attorneys for Defendant
>Post Office Box 1351
>Raleigh, North Carolina 27602
>Telephone: (919) 828-0731
>Facsimile: (919) 828-6592