NORTH CAROLINA
COUNTY OF WAKE

FILED
2016 MAR 31 A 8:40
WAKE COUNTY, C.S.C.

IN THE GENERAL COURT OF JUSTICE
DISTRICT COURT DIVISION
FILE NO. **14 CVD 8806**

Assigned Judge: **DENNING**

SARDIA MARIE PORTER-HANKINS,
　Plaintiff,

v.

TIMOTHY OMAR HANKINS, SR.,

　Defendant.

**NOTICE OF HEARING**
☒ First ☐ Subsequent

PLEASE TAKE NOTICE that on the **11th** day of **APRIL, 2016** at **9:00 am**, or as soon thereafter as the Court can hear this matter, in Courtroom **2D** of the Wake County Courthouse, 316 Fayetteville Street, Raleigh, North Carolina 27601, the undersigned will bring the following for hearing:

Motion to Withdraw

This the 30th day of March, 2016.

☐ Plaintiff
☒ Attorney for Plaintiff
☐ Defendant
☐ Attorney for Defendant

Case 7:24-cv-01112-M-KS   Document 60-10   Filed 01/10/25   Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Hearing has been served on the counsel for the Plaintiff by depositing a copy in the U.S. Mail in a properly addressed, postpaid envelope to:

☒ By depositing a copy in the US Mail in a properly addressed, postpaid envelope to:

Mr. John M. Oliver
Attorney for Defendant
P.O. Box 10349
Raleigh, North Carolina 27605

Mr. Timothy Omar Hankins, Sr.
4729 G Street
Garner, NC 27529

☐ By hand delivery to: _____

☐ By facsimile to: _____ Fax No.: _____

☐ Other: _____

Date: 3/31/16   _____
☐ Plaintiff                    ☐ Defendant
☒ Attorney for Plaintiff       ☒ Attorney for Defendant

WAKE-DOM-01 Page 2 of 2 (Rev. 09/13)