IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:24-CV-01112-M-KS

| | |
|---|---|
| TIMOTHY OMAR HANKINS, SR.<br><br>                    Plaintiff,<br>v.<br><br>WELLS FARGO BANK; et al.<br><br>                    Defendants. | **DEFENDANTS MARY GURGANUS AND KATHLEEN MURPHY'S OMNIBUS MOTION FOR EXTENSION OF TIME** |

Pursuant to Federal Rules of Civil Procedure Rule 6, 12(b)(1), 12(b)(2), 12(b)(4), 12(b)(5) and Local Rule 7.1, Defendants Mary Gurganus and Kathleen Murphy (Gurganus and Murphy), by and through undersigned counsel, out of an abundance of caution, hereby respectfully move this Court for an extension of time to respond to any motions filed by Plaintiff not addressed by Gurganus and Murphy's Motion to Dismiss. (ECF No. 131). In support of the instant motion:

1. On February 7, 2025, Defendants filed a Motion to Dismiss (ECF No. 131), and supporting documents (ECF No. 133, 138, 139) raising jurisdictional and other fatal deficiencies in Plaintiff's pleadings and improper procedure to date.

2. The Defendants believe, based on the defenses raised in their Motion to Dismiss, no response is due from Gurganus and Murphy with respect to any other filings by Plaintiff to date.

3. However, out of an abundance of caution, given the state of Plaintiff's filings to date, Defendants respectfully request an extension of time to respond to any item to which the Rules may permit a response, especially related to Plaintiff's

1

pleadings (ECF Nos. 1, 6, 21) and documents regarding default (ECF No. 98).

4. This motion is made in good faith and not for the purpose of delay.

5. Pursuant to Local Rule 6.1(a), on the afternoon of February 7, 2025, undersigned counsel in good faith contacted the pro se Plaintiff via the email address indicated on the Notice of Self-Representation inquiring as to his position on an extension. As of the time of this filing, no response of any kind has been received from Plaintiff.

## **CONCLUSION**

For the foregoing reasons, Defendants respectfully request that this Court hold all other of Plaintiff's filings as to Gurganus and Murphy in abeyance until after this Court's ruling on these Defendants' Motion to Dismiss [ECF No. 131], *if necessary*[1].

This the 10th day of February, 2025.

                                                                      **GORDON REES SCULLY MANSUKHANI, LLP**

                                                                      */s/ Chazle' N. Woodley*
                                                                      Samuel G. Thompson, Jr.
                                                                      NC State Bar No.: 32960
                                                                      Chazle' N. Woodley
                                                                      NC State Bar No.: 59466
                                                                      150 Fayetteville St., Suite 1120
                                                                      Raleigh, NC 27601
                                                                      bothompson@grsm.com
                                                                      cwoodley@grsm.com
                                                                      *Attorneys for Defendants Mary Gurganus*
                                                                      *and Kathleen Murphy*

---

[1] If this Court grants Defendants' Motion to Dismiss [ECF No. 131], this motion would likely be moot.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:24-CV-01112-M-KS

| | |
|---|---|
| TIMOTHY OMAR HANKINS, SR.<br><br>                      Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK; et al.<br><br>                      Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **DEFENDANTS MARY GURGANUS AND KATHLEEN MURPHY'S OMNIBUS MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF filing system and served via electronic transmission through the Court's CM/ECF system in accordance with Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and applicable local rules upon the CM/ECF participants. The undersigned further certifies that the following pro se, non-CM/ECF registered party has consented to receiving electronic service of all filings and all documents filed in CM/ECF will be served on this party in compliance with Fed. R. Civ. P. 5 and EDNC Local Rule 5.1:

        Timothy O. Hankins, Sr.
        hankinsomar@gmail.com
        otimothyhankins@gmail.com
        *Plaintiff, pro se*

This is the 10th day of February, 2025.

                                            **GORDON REES SCULLY MANSUKHANI, LLP**

                                            */s/ Chazle' N. Woodley*
                                            Samuel G. Thompson, Jr.
                                            NC State Bar No.: 32960
                                            Chazle' N. Woodley
                                            NC State Bar No.: 59466
                                            150 Fayetteville St., Suite 1120
                                            Raleigh, NC 27601
                                            bothompson@grsm.com
                                            cwoodley@grsm.com

*Attorneys for Defendants Mary Gurganus and Kathleen Murphy*