IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-1112-M-KS

TIMOTHY HANKINS,

    Plaintiff,

v.

WELLS FARGO BANK, et al.,

    Defendants.

**ORDER TO QUASH**

This matter is before the court on Defendant WakeMed's Motion to Quash subpoenas duces tecum issued by Plaintiff on or about December 17, 2024, and December 23, 2024. Plaintiff has not responded to the motion to quash, and the time for doing so has expired. The motion is therefore ripe for ruling.

For the reasons set forth in Defendant WakeMed's supporting memorandum, the Court determines that the December 17, 2024, subpoena requires compliance by a date that has already passed, the subpoenas require disclosure of privileged and protected medical records and Plaintiff has not shown that an exception or waiver applies, the subpoenas pose an undue burden or expense or are not proportional to the needs of the case, and the subpoenas are procedurally defective. Accordingly, for good cause shown, WakeMed's Motion to Quash [DE#14] is GRANTED and it is ORDERED that the subpoenas are hereby QUASHED.

This 5th day of August 2025.

                                                KIMBERLY A. SWANK
                                                United States Magistrate Judge