IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-1112-M-KS

TIMOTHY HANKINS,

    Plaintiff,

v.

WELLS FARGO BANK, et al.,

    Defendants.

**ORDER TO QUASH**

This matter is before the court on Defendant Whole Food Market's Motion to Quash a subpoena duces tecum issued by Plaintiff on or about December 19, 2024. Plaintiff has not responded to the motion to quash, and the time for doing so has expired. The motion is therefore ripe for ruling.

For the reasons set forth in Defendant Whole Food Market's motion and supporting memorandum, to which Plaintiff has not responded in opposition, Whole Food Market's Motion to Quash [DE #62] is GRANTED and it is ORDERED that the subpoena issued by Plaintiff on or about December 19, 2024, is hereby QUASHED.

This 5th day of August 2025.

                                                  KIMBERLY A. SWANK
                                                United States Magistrate Judge